

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Randall Lee Nix,

Vs. No. 11-19-00404-CR

The State of Texas,

* From the 42nd District Court
 of Coleman County,
 Trial Court No. 3198.

* November 12, 2021

* Memorandum Opinion by Williams, J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and we render a judgment of acquittal.